

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Bryan Carr Olert**
Assistant Corporation Counsel
Phone: (212) 356-2203
E-mail: bolert@law.nyc.gov
*E-mail Not For Service*

**MEMO ENDORSED**

October 5, 2023

**By ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2023

      Re:  *Carman Williams v. New York City Board of Elections et al*
            No. 1:23-cv-05460-AS-KHP

Dear Judge Parker:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write to respectfully request that the initial conference scheduled for October 10, 2023, be adjourned to a date after November 1, 2023. This is Defendants' first request for an adjournment of the initial conference. The Court previously granted Defendants' request for an extension to respond to the Complaint until November 1, 2023. This request does not affect any scheduled dates.

      Defendants respectfully request this extension of time because the undersigned has a preexisting, conflicting court appearance scheduled on October 10, 2023, at 2:15 PM, in the Supreme Court of the State of New York, Kings County, in the matter of *Cynthia Delaney v. New York City Health and Hospital Corporation et al*, No. 525072/2021.

      The undersigned called Plaintiff to request her consent and left a voicemail. Plaintiff has not responded as of the filing of this letter.

      Thank you for your consideration of this request.

                                                Respectfully Submitted,

                                                                  Bryan Carr Olert
                                                                  Assistant Corporation Counsel

cc:    Carman Williams
       Plaintiff Pro Se
       344 East 28th Street #8G
       New York, NY 10016

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Tuesday, October 10, 2023 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, November 8, 2023 at 10:00 a.m.</u>
<u>Defendants are directed to notify the Plaintiff about this adjournment.</u>
<u>The Clerk of Court is directed to mail a copy of this endorsement to the Plaintiff.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

10/06/2023