USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMAN WILLIAMS,

                      Plaintiff,

-against-

NYC BOARD OF ELECTIONS, et al.,

                      Defendants.

**ORDER**

**23-CV-5460 (PGG) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

A Case Management Conference in this matter was scheduled for January 23, 2024 at 3:30 p.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, NY. (ECF No. 39.) The Court agreed to permit pro se Defendant Reshma Patel ("the Pro Se Defendant") to appear by phone at the conference. (ECF No. 44.)

Counsel for Defendants NYC Board of Elections, Hemalee Patel, Donna Ellaby, and Carol Winer ("Corporation Counsel") appeared at the conference. The Court attempted several times to dial the Pro Se Defendant into the conference, but only reached the Pro Se Defendant's voicemail. Plaintiff did not attend the conference. At 3:50 p.m., because Plaintiff had not arrived, the Court adjourned the conference.

**The Case Management Conference is rescheduled for <u>Tuesday, March 12, 2024 at 12:00 p.m.</u> in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY**.

Plaintiff is advised that continued failure to attend Court conferences may result in sanctions, up to and including dismissal of her case for failure to prosecute. *See, e.g.,*

*James v. State Univ. of New York*, 2023 WL 5702602, at *2 (S.D.N.Y. Sept. 5, 2023) (dismissing pro se plaintiff's action for failure to prosecute where, among other factors, plaintiff failed to appear for court conferences); *Walters v. City of New York*, 2022 WL 4031425, at *2 (S.D.N.Y. Sept. 2, 2022), *motion for relief from judgment denied*, 2023 WL 171887 (S.D.N.Y. Jan. 12, 2023) (same).

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED**.

Dated: January 24, 2024
New York, New York

_Katharine H. Parker_____
KATHARINE H. PARKER
United States Magistrate Judge