```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMAN WILLIAMS,

                Plaintiff,

-against-

NYC BOARD OF ELECTIONS, et al.,

                Defendants.

**ORDER ON PLAINTIFF'S MOTION TO STAY**

**23-CV-5460 (AS) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On May 21, 2024, Plaintiff filed a letter (ECF No. 84) requesting a stay of proceedings so that she may seek review of a discovery order issued on May 13, 2024. (ECF No. 80.)

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its own docket with economy of time and effort for itself, for counsel, and for litigants." *See Poppel v. Rockefeller Univ. Hosp.*, No. 19-CV-1403 (ALC), 2019 WL 3334476, at *2 (S.D.N.Y. July 25, 2019). In evaluating whether to grant a motion to stay proceedings, courts consider: "(1) the private interests of the plaintiffs in proceeding expeditiously with the civil litigation as balanced against the prejudice to the plaintiffs if delayed; (2) the private interest of and burden on the defendants; (3) the interests of the courts; (4) the interests of persons not parties to the civil litigation; and (5) the public interest." *Rankine v. Levi Strauss & Co.*, 674 F. Supp. 3d 57 (S.D.N.Y. 2023) (quoting *Kappel v. Comfort*, 914 F.Supp. 1056, 1058 (S.D.N.Y. 1996)). The "basic goal is to avoid prejudice." *LaSala v. Needham & Co.*, 399 F. Supp. 2d 421, 427 (S.D.N.Y. 2005) (internal citation omitted). The movant bears the burden of establishing the need for a stay of proceedings. *See Luv N' Care, Ltd. v. Regent Baby Products Corp.*, 2014 WL 572524, at *2 (S.D.N.Y. Feb. 13, 2014).

Here, Plaintiff seeks a stay for the sole purpose of filing an objection to a discovery order. A stay is not necessary for this. Plaintiff may file her objections to the extent permitted by applicable rules and, if she is successful in her objection in whole or in part, the Court will extend discovery for specific purposes based on any ruling on her objection. Therefore, there is no prejudice with maintaining the current deadlines. Accordingly, Plaintiff's motion for a stay is DENIED.

**The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED.**

Dated: May 29, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge