USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/22/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMAN WILLIAMS,

                                    Plaintiff,

                -against-

NYC BOARD OF ELECTIONS, et al.,

                                    Defendants.

**ORDER**

**23-CV-5460 (AS) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On July 11, 2024, Plaintiff Carman Williams filed a letter with the Court requesting that the undersigned issue an order requiring Defendants to serve her simultaneously with electronically filing papers on the docket. (ECF No. 121.)

Pursuant to Section 9 of the SDNY Electronic Case Filing Rules and Instructions, pro se parties who are not ECF users must be served with a paper copy of any electronically filed pleading or other document. Pursuant to Federal Rule of Civil Procedure 5(b)(2), a paper is considered served by, among other methods, "mailing it to the person's last known address—in which event service is complete upon mailing." Accordingly, while Defendants must mail Plaintiff any documents they file with the Court, Defendants are not required to use overnight mail or otherwise ensure Plaintiff receives such filings the same day that they are filed on ECF. Nevertheless, Section 9 of the SDNY Electronic Case Filing Rules and Instructions does state that paper service must be documented by electronically filing proof of service. Therefore, Defendants must ensure proof of service to Plaintiff is documented on the docket for any filings made by Defendants. To the extent Defendants have not filed proof of service by mail, they must do so for all filings. Also, to the extent Plaintiff contends that certain filings have not been

served by mail, including Defendants' letter at ECF No. 108, Defendants shall, by **July 24, 2024**,

file a letter with the Court responding to this allegation.

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED.**

Dated: July 22, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge