USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMAN WILLIAMS,

                    Plaintiff,

        -against-

NYC BOARD OF ELECTIONS, et al.,

                    Defendants.

**ORDER**

**23-CV-5460 (AS) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On July 10, 2024, Plaintiff filed a motion for an order to hold Defendants in contempt.

(ECF No. 120.)  Defendants shall reply to this motion by **Thursday, July 25, 2024**.

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED.**

Dated: July 22, 2024
     New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge