USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMAN WILLIAMS,

                Plaintiff,

-against-

NYC BOARD OF ELECTIONS, et al.,

                Defendants.

**ORDER**

**23-CV-5460 (AS) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On August 21, 2024, Plaintiff Carman Williams filed a motion for sanctions against Defendants for failure to provide discovery documents as they are kept in the ordinary course of business and failure to produce a redaction log. (ECF No. 159.) On August 23, 2024, Plaintiff filed a letter concerning the Court's August 19, 2024 Order. (ECF No. 158.) Defendants are directed to respond to these filings by **Tuesday, September 10, 2024**. Specifically, Defendants should respond to Plaintiff's assertions (i) concerning the privilege / redaction log, and (ii) that Defendants never produced coordinator journals from Plaintiff's early voting work at P.S. 116 in 2019 or coordinator journals from Bridget McNeil for Plaintiff's work assignment in or about August 2022. No reply will be permitted. In addition, by **Tuesday, September 10, 2024**, Defendants shall send an *ex parte* email to the Court at Parker_NYSDChambers@nysd.uscourts.gov, attaching unredacted copies of the emails Plaintiff attached to her declaration at ECF No. 160, for *in camera* review.

       **The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED.**

Dated: September 4, 2024
      New York, New York

                                                    KATHARINE H. PARKER
                                                  United States Magistrate Judge

Case 1:23-cv-05460-AS-KHP   Document 161   Filed 09/04/24   Page 2 of 2