UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMAN WILLIAMS, <br><br>                      Plaintiff, <br><br> -against- <br><br> NYC BOARD OF ELECTIONS; HEMALEE PATEL; DONNA ELLABY; CAROL WINER; JOHN AND JANE DOES 1–10, <br><br>                      Defendant. | 23-CV-5460 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Court has received email correspondence from the plaintiff. As a reminder, all correspondence with the Court should be publicly filed on the docket.

      Plaintiff asserts that defendants have failed to redact sensitive information as required by Federal Rule of Civil Procedure 5.2 and requests clarification on how to move forward. Plaintiff should file a motion to seal the document, identifying both (1) the specific document that contains sensitive information and (2) the categories of sensitive information that are contained in that document. The Court will then rule on plaintiff's motion to seal.

      SO ORDERED.

Dated: February 19, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge