UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMAN WILLIAMS,

                Plaintiff,

-against-                          23 **CIVIL** 5460 (AS)

## **JUDGMENT**

NYC BOARD OF ELECTIONS; HEMALEE
PATEL; DONNA ELLABY in her individual and
official capacities; CAROL WINER in her individual
and official capacities; JOHN AND JANE DOES 1–
10,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 28, 2025, summary judgment is granted in defendants' favor. Accordingly the case is closed.

**Dated:** New York, New York

      August 29, 2025

                                            **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                      **BY:**

                                            **Deputy Clerk**