

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ILONA J. EHRLICH**<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>Telephone: (212) 356-2549<br>Email: iehrlich@law.nyc.gov |

September 5, 2025

**By ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re: Carman Williams v. NYC Board of Elections, et al.,
                     23-CV-5460 (AS) (KHP)

Your Honor:

       I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for Defendants NYC Board of Elections ("BOE" or "Board"), Hemalee Patel, Donna Ellaby, and Carol Winer (collectively, "Defendants") in the above-referenced action. I write pursuant to the Court's Order dated August 13, 2025 (Dkt. No. 249) directing Defendants by September 5, 2025, to respond to Plaintiff's letter motion for sanctions dated August 3, 2025 (Dkt. No. 248).

       By Opinion and Order dated August 28, 2025 (Dkt. No. 252), Judge Subramanian denied Plaintiff's instant motion for sanctions, granted Defendants' motion for summary judgment in its entirety, and dismissed the case.

       Accordingly, Defendants respectfully request that the Court deny Plaintiff's motion for sanctions as moot.

       I thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          /s/ Ilona Ehrlich
                                          Ilona J. Ehrlich
                                          Assistant Corporation Counsel

Cc: Plaintiff Carman Williams